**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X

PAGANINI FOODS, LLC

                 Plaintiff,

     - against -                           **07 Civ.**

M/V ZIM SAVANNAH, her engines, boilers, tackle,
furniture, apparel, etc *in rem*; HAPAG LLOYD    **FRCP RULE 7.1**
CONTAINER LINE,  *in personam*,         **DISCLOSURE STATEMENT**

                 Defendant,
--------------------------------------------------------------X

      NOW comes plaintiff, PAGANINI FOODS, LLC, and submits in duplicate its Disclosure

Statement pursuant to F.R .Civ. P, Rule 7.1.

      PAGANINI FOODS, LLC is not a publicly traded company.

Dated: New York, New York
       November 15, 2007
       215-17

                       CASEY & BARNETT, LLC
                       Attorneys for Plaintiff

            By:  *Martin F. Casey*
                 Martin F. Casey (MFC-1415)
                 317 Madison Avenue, 21st Floor
                 New York, New York 10017
                 (212) 286-0225