Keenan/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
PAGANINI FOODS, LLC.

          Plaintiff,

07 Civ. 10402 (JFK)

   - against -

**NOTICE AND ORDER OF VOLUNTARY DISCONTINUANCE**

M/V ZIM SAVANNAH etc et al.

          Defendants
------------------------------------------------------X

**IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed with prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
       January 16, 2008
       215-17

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-17-08

CASEY & BARNETT, LLC
Attorneys for Plaintiff

By: _____
Martin F. Casey (MFC-1415)
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225

**SO ORDERED:**

_____ 1/17/08
U.S.D.J.